UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK WEAH | Crim. No. 23-351 (ZNQ)<br><br>**DETENTION ORDER** |

    This matter having been opened to the Court on motion of the United States, by Vikas Khanna, Acting United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant, Patrick Weah, for posing a danger to the community and posing a flight risk; and the defendant, being represented by Saverio Viggiano, Esq., reserving the right to propose a bail package at a later date; and the Court finding that at this time no conditions or combination of conditions of pre-trial release will ensure the safety of the community and the defendant's appearance in court; and for good cause shown:

    IT IS, therefore, on this 13th day of February, 2025,

    ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Patrick Weah, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

    ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section

3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE JUSTIN T. QUINN
United States Magistrate Judge