UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Justin T. Quinn |
| | : | Crim. No. 23-351 (ZNQ) |
| v. | : | |
| | : | DEFENDANT'S EMERGENCY MOTION |
| Patrick Weah | : | FOR TEMPORARY RELEASE TO |
| | : | ATTEND MOTHER'S FUNERAL SERVICES |

THIS MATTER having been brought before the Court by defendant Patrick Weah, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Eric Suggs, Assistant United States Attorney) consenting, and the United States Probation Office consenting, for an Order temporarily releasing Patick Weah from custody at the Essex County Correctional Facility to attend the funeral services of his late mother, Dedeh Kennedy.

WHEREAS, this Honorable Court issued a Detention Order on February 13, 2025, following his arrest for a Violation of Supervised Release matter.

WHEREAS, Mr. Weah is currently incarcerated at the Essex County Correctional Facility, 354 Doremus Avenue, Newark, New Jersey 07105 and is scheduled to appear for a final revocation hearing on May 7, 2025.

WHEREAS, Mr. Weah's mother, Dedeh Kennedy of Staten Island, New York, recently passed away on March 3rd, 2025.

WHEREAS, the viewing for Ms. Kennedy will take place on Friday, April 4, 2025, at the Christ Assembly Lutheran Church located at 27 Hudson Avenue, Staten Island, New York 10314 at 8:00 p.m.

WHEREAS, the funeral services for Mr. Weah's late mother will take place the following morning at 8:00 a.m. at the Fairview Cemetery located at 1852 Victory Boulevard, Staten Island, New York 10314.

IT IS THE FINDING OF THIS COURT

On this  27th  day of ~~XXX~~ March, 2025, that Mr. Weah shall be temporarily released from the custody at the Essex County Correctional as follow to attend the funeral services (viewing and funeral) for his late mother as follows:

1. Mr. Weah shall be released from the Essex County Correctional Facility, 354 Doremus Avene, Newark, New Jersey 07105 on Friday, April 4, 2025, no later than 3:00 p.m.

2. Mr. Weah is authorized to travel and attend the funeral services, including both the viewing and funeral for Dedeh Kennedy in Staten Island, New York.

3. Mr. Weah shall return to the Essex County Correctional Facility no later than 3:00 p.m. on Saturday, April 5, 2025.

4. Mr. Weah is to have no contact with Ms. Angela Duenas of 15 Leason Place, Staten Island, New York 10314.

5. All other terms and conditions of his supervised release remain in effect during this temporary release from the custody of the Essex County Correctional Facility.

_____
Justin T. Quinn
United States Magistrate Judge



In Loving Memory Of

# DEDEH KENNEDY

It is with deep sorrow that we announce the passing of our beloved Dedeh Kennedy.

Date: April 4, 2025 | Start: 8:00 PM | Location: Christ Assembly Lutheran Church

Date: April 5th, 2025 | Start: 8:00 AM | Location: Fairview Cemetery

*Your presence and support during this difficult time mean a great deal to our family.*

~ 1962-2025 ~